## Russell Williams

**From:** Wendy E. Greve <wgreve@pffwv.com>
**Sent:** Wednesday, January 2, 2019 4:20 PM
**To:** Russell Williams
**Cc:** Jayne A. Hudnall
**Subject:** Settle v. Stepp - Discovery Requests

Russell –

Gary has retired - I have revised the Fed.Ct.'s protective order to include language that AIG requires (I'm sure you've seen it a million times) – Jayne is reformatting it but has left for the day - we will send to you for review in the morning.

I will look at the other requests referenced –

Wendy

**From:** Russell Williams [mailto:RWilliams@kksblaw.com]
**Sent:** Wednesday, January 02, 2019 3:09 PM
**To:** Gary E. Pullin
**Cc:** Jayne A. Hudnall; Eric Buckner; Marilyn Walker
**Subject:** [EXTERNAL] RE: Settle v. Stepp - Discovery Requests

Gary:

Please respond to my e-mail below.

Thanks – Russell

## Russell A. Williams, Esq.



KATZ, KANTOR, STONESTREET, & BUCKNER, PLLC
*Your Lawyers, Your voice.*
112 Capitol Street, Suite 100
Charleston, WV 25301
☎ Telephone: 304-431-4053
🖷 Facsimile: 304-431-4060
✉ Email: rwilliams@kksblaw.com
Web: www.wvinjuryattorneys.com

The information contained in this electronic message is privileged and confidential information indeed only for the use of the individual or entity named in the address line. If the reader of this messaged is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. If you have received this communication in error, please immediately delete it without reading. Thank you. Katz, Kantor, Stonestreet, Buckner, PLLC.

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. Federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**From:** Russell Williams
**Sent:** Tuesday, December 18, 2018 4:34 PM

1

**EXHIBIT 3**

**To:** Marilyn Walker <mwalker@pffwv.com>; Gary E. Pullin <gpullin@pffwv.com>
**Cc:** Jayne A. Hudnall <JHudnall@pffwv.com>; Eric Buckner <ebuckner@kksblaw.com>
**Subject:** RE: Settle v. Stepp - Discovery Requests

Gary/Marilyn:

Please circulate a proposed protective order (I believe there is one on the S.D.W.V. website). I would like to get one entered ASAP so that you can produce the documents (like Trooper Stepp's personnel file) that are being withheld.

Also, please supplement your responses to Request for Production 8, 9, and 10.

Thanks – Russell

## Russell A. Williams, Esq.

 KATZ, KANTOR, STONESTREET, & BUCKNER, PLLC
*Your Lawyers, Your voice.*
112 Capitol Street, Suite 100
Charleston, WV 25301
☎ Telephone: 304-431-4053
🖨Facsimile: 304-431-4060
✉Email: rwilliams@kksblaw.com
Web: www.wvinjuryattorneys.com

*The information contained in this electronic message is privileged and confidential information indeed only for the use of the individual or entity named in the address line. If the reader of this messaged is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. If you have received this communication in error, please immediately delete it without reading. Thank you. Katz, Kantor, Stonestreet, Buckner, PLLC.*

*To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. Federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.*

**From:** Russell Williams
**Sent:** Thursday, September 20, 2018 11:44 AM
**To:** Marilyn Walker <mwalker@pffwv.com>
**Cc:** Gary E. Pullin <gpullin@pffwv.com>; Jayne A. Hudnall <JHudnall@pffwv.com>; Eric Buckner <ebuckner@kksblaw.com>
**Subject:** RE: Settle v. Stepp - Discovery Requests

Sure, Marilyn. Here you go...

Also, if a protective order is required before you produce documents, please send me a proposed order so we can get the wheels in motion.

Thanks – Russell

## Russell A. Williams, Esq.

 KATZ, KANTOR, STONESTREET, & BUCKNER, PLLC
*Your Lawyers, Your voice.*
112 Capitol Street, Suite 100

Charleston, WV  25301
☎ Telephone: 304-431-4053
📠 Facsimile: 304-431-4060
✉ Email: rwilliams@kksblaw.com
Web: www.wvinjuryattorneys.com

*The information contained in this electronic message is privileged and confidential information indeed only for the use of the individual or entity named in the address line. If the reader of this messaged is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. If you have received this communication in error, please immediately delete it without reading. Thank you. Katz, Kantor, Stonestreet, Buckner, PLLC.*

*To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. Federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.*

**From:** Marilyn Walker <mwalker@pffwv.com>
**Sent:** Thursday, September 20, 2018 11:11 AM
**To:** Russell Williams <RWilliams@kksblaw.com>
**Cc:** Gary E. Pullin <gpullin@pffwv.com>; Jayne A. Hudnall <JHudnall@pffwv.com>
**Subject:** Settle v. Stepp - Discovery Requests

Mr. Williams –

Could you please e-mail your client's first discovery requests in Word format to my e-mail mwalker@pffwv.com please.
Thank you in advance.

Marilyn



**Marilyn A. Walker**
**Legal Assistant to**
**Gary E. Pullin and**
**Katie Hicklin Luyster**
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Ph: (304) 344-0100
Fax: (304) 342-1545
www.pffwv.com

*THE CONTENT OF THIS EMAIL IS SUBJECT TO ATTORNEY – CLIENT PRIVILEGE AND/OR ATTORNEY WORK PRODUCT DOCTRINE*