UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Kenneth Ray Buskirk                     0oo1137364

*(Enter above the full name of the plaintiff*         *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    **CIVIL ACTION NO.**_____
                              *(Number to be assigned by Court)*

Huntington Police Department
Officer Wiles

**FILED**

MAR 2 4 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____    No __✓__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit:

     Plaintiffs: N/A

     Defendants: N/A

  2. Court (if federal court, name the district; if state court, name the county);
     
     N/A

  3. Docket Number: N/A

  4. Name of judge to whom case was assigned:
     
     N/A

  5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
     
     N/A

  6. Approximate date of filing lawsuit: N/A

  7. Approximate date of disposition: N/A

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____    No ✓

    C. If you answer is YES:

        1. What steps did you take? ____

        2. What was the result? ____

    D. If your answer is NO, explain why not: Cause it has nothing to do with the Jail.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Kenneth Buskirk 0001137364

       Address: WRJ One Ifendon Pl, Barboursville WV 25504

    B. Additional Plaintiff(s) and Address(es): ____

       N/A

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Officer Wiles

 is employed as: A Huntington Police Officer

 at Huntington Police Dept. 675 10th St.

D. Additional defendants: They were 2 other Police officers but I'm not sure of their names.

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On Dec 19th 2014 I came out Madison Manor on 14st west Hunt. Off Wiles told me to come to him I did. He did not give any order like "your under arrest turn around @ ETC" he took his night stick and swung at my head I threw my left arm up to block the blow then I took off running to my car about a block away Wiles followed during the chase he shot me twice with his stun gun for some reason they didn't break my skin which had no effect on me.

IV.   Statement of Claim (continued):

2. I made it inside the car Officer Wiles started hitting the Driver side [~~Passenger~~] window with his stick like he was crazy or somethin. I finally got the car started & in that instant he busted the window out as I pulled off. I made it to Sheets gas station in the West End of Huntington, got out of the car took off running again on foot cause I was really scared Anyways I ran about 30 ft Officer Wiles then hit me with his vechicle in the left leg "Continualon sheetof paper"

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Compensation and I would like for the Persons Involved to be Punished in some way shap or form, & or I'm open for Suggestions.

IV. Statement of Claim (continued)

3. Causing me to fall face first onto the ground. The Cop hit me so hard with his vehicle it knocked my left shoe off. As I lay on the ground the officer jumped on my back started punching me in my ribs & kidneys "I am not resisting" other officers arrived and they started hitting me I couldn't breath & after that I don't remember much where they knocked me out. I got my senses back kinda when they picked me up & put me against the cop car.

I was pouring the blood from my head The police took me to the parking lot of the Police dept, then called an Ambulance. I started puking in the parking lot "from being hit" while waiting one the ambulance.

The Ambulance took me to Cabell Hunt Hospital, were they treated me for a left broke Arm 10 staples in the back of my head, bruised &or busted ribs and my right Kidney also lacerations to my face.

I sustained all of these injurys due to the Huntington Police Dept beating me senseless.

Then I went to Jail were they put me in Medical for bout 2 weeks due to my Injurys The Doctor here at the Jail whom worked for Cabell Hunt Hospital for 30 yrs said that my broke arm was a night stick fracture Cause of the way it was broke.

↓

Mis or Sir,
   I'm not sure which officer did what except for Off Wiles breaking my Arm & hitting me with his Vehicle. Also punching me in my rib & Kidney due to where I was unconcious
   This Incident was handled Very Unprofessional & Violently

Thank you

Also they didn't read me my Miranda rights

Kenny Bostwick
Kenny Bostwick

V. **Relief (continued)):**

_____

_____

_____

_____

_____

_____


VII. **Counsel**

    A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        N/A

    B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓       No _____

    If so, state the name(s) and address(es) of each lawyer contacted:

I contacted Legal Aid & since I'm locked up they said they couldn't help. My mom contacted Courtney Craig and he said

If not, state your reasons: he couldn't do anything till he was appointed?

    C.   Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____       No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __19__ day of __March__, 20_15_.

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3-19-15__.
                   (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Kenny Buskirk
000 1137364
WRJ
One O'Hanlon Pl.
Barb, WV 25504

THIS PERSON IS AN INMATE
OF WESTERN REGIONAL JAIL

Clerk
United States District Court
845 5th Ave, Rm 101
Hunt, WV 25701

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of WEST VIRGINIA

Kenneth Ray Buskirk
　　　　Plaintiff
VS                                     Case No 3:15-CV-03503
Huntington Police Dept., ETAL
　　　　Defendants

## Motion to Amend

Now Comes the Plaintiff And Respectfully Request that he be Allowed to Amend his Complaint Plaintiff has Included AN Amended Complaint with his Request

　　　　　　　　　　　　Respectfully
　　　　　　　　　　　　Submitted

FILED
APR - 2 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Kenny Boskirk
One of Union Pl.
Barb, W.V
25504

THIS PERSON IS AN INMATE
OF WESTERN REGIONAL JAIL

Clerk
United States District Court
845 5th Ave, Rm 101
Hunt, W.V 25701

25701201499

CHARLESTON WV 259

01 APR 2015 PM 2 L



IN THE United STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Kenneth Ray Buskirk,
Plaintiff

vs.

Case No. 3:15-cv-03503

Daniel Niles;
Christopher Boyer
And Rob Black; Huntington
WV Police Officers
Defendants

Amended Complaint
Jury Trial Demanded

1) Plaintiff incorporates all statement and averments made in the previous complaint as if fully restated herein

2. All Defendants are being sued in their personal and professional capacities.

3. All Defendants are state actors acting under color of state law.

Respectfully Submitted

IN THE United STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Kenneth Ray Buskirk,
Plaintiff

VS.

Daniel Wiles;
Christopher Boyer
and Rob Black; Huntington
W.V. Police Officers
Defendants

Case No. 3:15-cv-03503

Amended Complaint
Jury Trial Demanded

1) Plaintiff incorporates all statement and Averments made in the previous complaint as if fully Restated herein

2. All Defendants Are being sued in their personal And professional capacities.

3 All Defendants Are state Actors Acting under Color of State Law.

Respectfully Submitted