```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA

                     AT CHARLESTON
```

JOSHUA M. SETTLE,

    Plaintiff,

v.                            Civil Action No. 2:18-cv-01177

NATHAN SCOTT STEPP, individually
as a member of the West Virginia State
Police,

    Defendant.

### ORDER

Pending is the Motion for New Trial Date and to Extend Discovery Deadlines, filed by the plaintiff on May 10, 2019, to which the defendant responded in opposition on May 24, 2019.

The court recognizing that discovery matters are pending before the United States Magistrate Judge that may have an impact on the schedule in this case, and recognizing that the discovery closure date is June 3, 2019 and, in addition, noting the absence of the defendant for military service from April 3, 2019 to August 22, 2019, it is ORDERED that the motion be, and hereby is, granted to the following extent as set forth in the following revised schedule:

| Deadline | Date |
|---|---|
| Discovery to close | 09/20/2019 |
| Dispositive motions deadline | 10/10/2019 |
| Response to dispositive motion | 10/24/2019 |
| Reply to response to dispositive motion | 10/31/2019 |
| Settlement meeting | 12/11/2019 |
| Motion in limine deadline | 12/18/2019 |
| Responses for motions in limine | 12/30/2019 |
| Proposed pretrial order to defendant | 12/16/2019 |
| Integrated pretrial order | 12/23/2019 |
| Pretrial conference | 01/03/2020 10:30 AM |
| Proposed jury charge | 01/22/2020 |
| Final settlement conference | 01/27/2020 1:30 PM |
| Trial | 01/28/2020 9:30 AM |

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: May 31, 2019

John T. Copenhaver, Jr.
Senior United States District Judge