**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **JOSHUA M. SETTLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 2:18-cv-01177 |
| | ) |
| **NATHAN SCOTT STEPP,** | ) |
| **Individually as a member of the** | ) |
| **West Virginia State Police,** | ) |
| | ) |
| **Defendant.** | ) |

_____

## NOTICE OF VIDEO DEPOSITION
_____

    TO:    Wendy Greve, Esq.
             Pullin, Fowler, Flanagan, Brown & Poe, PLLC
             JamesMark Building
             901 Quarrier Street
             Charleston, West Virginia 25301

       PLEASE TAKE NOTICE that Plaintiff, by counsel, will take the video-taped deposition of SERGEANT B. L. KEEFER, on July 24, 2019, beginning at 1:00 p.m., respectively, upon oral examination pursuant to the West Virginia Rules of Civil Procedure, before a stenographic Court Reporter/videographer authorized by law to administer oaths. The deposition will be held at the law offices of Pullin, Fowler, Flanagan, Brown & Poe, PLLC., JamesMark Building, 901 Quarrier Street, Charleston, West Virginia. The oral examination will continue until completed.

       Dated this 20th day of June, 2019.

                                       JOSHUA M. SETTLE,

                                       By Counsel,

                /s/Russell A. Williams
                Russell A. Williams (WVSB #12710)
                Katz, Kantor, Stonestreet & Buckner, PLLC
                112 Capitol Street, Suite 200
                Charleston, West Virginia 25301
                (304) 431-4053

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **JOSHUA M. SETTLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:18-cv-01177 |
| | ) |
| **NATHAN SCOTT STEPP,** | ) |
| **Individually as a member of the** | ) |
| **West Virginia State Police,** | ) |
| | ) |
| **Defendant.** | ) |

## **CERTIFICATE OF SERVICE**

I, Russell A. Williams, do hereby certify that on this the 20th of June, 2019, I electronically filed this **"Notice of Video Deposition"** through the ECF system to the following:

Wendy Greve, Esq.
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, West Virginia 25301
*Counsel for Defendant Nathan Scott Stepp*

/s/Russell A. Williams
Russell A. Williams, WVSB 12710